UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Douglas Tennenbaum,

          Plaintiff(s),

v.

City and County of S.F., et al, (see attached)

          Defendant(s).

Case No.  3:23-cv-00592

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:  March 2, 2023

NAME:  Christopher J. Shea

_Signature_

COUNSEL FOR (OR "PRO SE"): Plaintiff, Douglas Tennenbaum

Consent to MJ Attachment

Christopher J. Shea, Attorney at Law
California State Bar Number 182739
255 Kansas Street, Suite 340
San Francisco, CA  94103
christopherjshealaw@gmail.com
Office: 415-565-9600
Fax:    415-565-9601
Cell:   415-254-7848


Additional defendants:

- WILLIAM SCOTT, in his individual capacity as Chief of Police of the San Francisco Police Department;
- JOSEPH OBIDI, in his individual capacity as a Sergeant of Police for the San Francisco Police Department;
- PAUL DAVID HENDERSON, in his individual capacity as the Executive Director of the Department of Police Accountability for the San Francisco Police Department;
- NEWTON OLDFATHER, in his individual capacity as a staff attorney for the Department of Police Accountability;
- KEVIN COMER, in his individual capacity as an investigator for the Department of Police Accountability;